# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRIS R. LANIER,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:07CV129

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2009, Order.

                                                Signed: March 31, 2009

                                                Frank G. Johns, Clerk
                                                United States District Court